Randolph T. Moore (#120041)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
rmoore@swlaw.com

Attorneys for Defendant
Louisville Ladder Inc.

E-FILING

ADR

FILED
2008 APR 17 A 10 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual,

Plaintiff,

vs.

LOUISVILLE LADDER INC., and DOES 1 to 25, Inclusive,

Defendants.

CASE NO. C08 02009 BZ

[Originally filed in Napa County Superior Court; Case No. 26-41710]

**Certificate of Interested Parties**

**[Local Rule 7.1-1]**

COMPLAINT FILED: March 21, 2008
Trial Date: None

The undersigned, counsel of record for defendant Louisville Ladder Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Verzatec S.A.B. de C.V., Louisville Ladder Inc.'s corporate parent.

Dated: April 16, 2008        SNELL & WILMER L.L.P.

By: _Randolph T. Moore_ (signature)
Randolph T. Moore
Attorneys for Defendant Louisville Ladder Inc.

8726685.1                                                 Certificate of Interested Parties

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On April 16, 2008, I served, in the manner indicated below, the foregoing document described as **Certificate of Interested Parties** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Thomas J. Gundlach, Esq. | TEL: 415-925-9488 |
| 700 Larkspur Landing Circle, Suite 175 | FAX: 415-925-9489 |
| Larkspur, CA 94939 | |

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2008, at Costa Mesa, California.

*Sandi Martinez*