

FILED
08 MAY 28 PM 12: 37

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cesar U. Moreno Castellanos, an individual,
a/k/a Cesar Moreno

No. C 3:08-cv-02009-BZ

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

Louisville Ladder Inc., et al.,

Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5-27-08

_____
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

Thomas J Gundlach

# PROOF OF SERVICE BY MAIL

*Moreno vs. Louisville Ladder, Inc., et al.,*
**N.D. Cal, C08-02009 BZ**

I am employed in the County of Marin, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 700 Larkspur Landing Circle, Suite 175, Larkspur, CA 94939.

On May 27, 2008, I served in the manner indicated below, the following document(s):

**[PLAINTIFF'S]
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interested parties in said action by placing true copies thereof enclosed in a sealed enveloped addressed as follows:

Randolph T. Moore, Esq.                TEL: 714-427-7000
SNELL & WILMER, LLP                    FAX: 714-427-7799
600 Anton Boulevard, Suite 1400        Email: rmoore@swlaw.com
Costa Mesa, CA 92626-7689

*(Attorneys for Defendant Louisville Ladder Inc.)*

_X_ BY REGULAR MAIL. I caused such envelopes to be deposited in the United States mail in Larkspur, CA, with postage thereon fully prepaid. I am familiar with the law firms's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. (CCP § 1013(a)).

____ BY FACSIMILE. CCP § 1013(e)(f)

____ BY FEDERAL EXPRESS. CCP § 1013(c)(d). I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees.

____ BY PERSONAL SERVICE. CCP § 1011(a)(b). I caused such envelopes to be delivered by hand to the offices of the addressees.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on May 27, 2008, in Larkspur, California.

_____
Thomas J. Gundlach