Nathan K. Davis
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
toneill@swlaw.com

Attorneys for Defendant
Louisville Ladder, Inc.

FILED
08 JUN -2 PM 2:36

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., and DOES 1 TO 125, INCLUSIVE,<br><br>Defendants. | CASE NO. C08-02009 BZ<br>Hon. Mag. Bernard Zimmerman<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Nathan K. Davis, an active member in good standing of the bar of the State of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Louisville Ladder, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

Application for Admission of Attorney
*Pro Hac Vice.* Case No. C08-02009BZ

3. an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Randolph T. Moore
> Snell & Wilmer L.L.P.
> 600 Anton Blvd., Suite 1400
> Costa Mesa, California 92626-7689
> Telephone: (714) 427-7000
> Facsimile: (714) 427-7799

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008

SNELL & WILMER L.L.P.

_____
Nathan K. Davis
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

8792140

Application for Admission of Attorney
Pro Hac Vice. Case No. C08-02009BZ

-2-

<u>**Cesar U. Moreno Castellanos v. Louisville Ladder, Inc.**</u>
**USDC – Northern Division**
**Case No. C08-02009 BZ**

### PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On June 2, 2008, I served, in the manner indicated below, the foregoing document described as:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE**

on the interested parties in this action:

| Thomas J. Gundlach, Esq.<br>700 Larkspur Landing Circle, Suite 175<br>Larkspur, CA 94939 | TEL: 415-925-9488<br>FAX: 415-925-9489 |
|---|---|

☒   BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on June 1, 2008, at Costa Mesa, California.

//s// Sandi Martinez
Sandi Martinez