Snell & Wilmer
L.L.P.
LAW OFFICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., and DOES 1 TO 25, INCLUSIVE,<br><br>Defendants. | CASE NO. C08-02009-BZ<br>Hon. Mag. Bernard Zimmerman, Ctrm. 15<br><br>(Proposed)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Timothy G. O'Neill, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number is: 1200 Seventeenth Street, Suite 1900, Denver, Colorado 80202; Telephone: 303-634-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Louisville Ladder Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with

Order Granting Application for Admission of
Attorney *Pro Hac Vice*, Case No. C-08-02009 BZ

co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
United States Magistrate Judge
Bernard Zimmerman

8760495

<u>**Cesar U. Moreno Castellanos v. Louisville Ladder, Inc.**</u>
**USDC – Northern Division**
**Case No. C08-02009 BZ**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On June 2, 2008, I served, in the manner indicated below, the foregoing document described as:

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE**

on the interested parties in this action:

| **Thomas J. Gundlach, Esq.**<br>**700 Larkspur Landing Circle,**<br>**Suite 175**<br>**Larkspur, CA 94939** | TEL: 415-925-9488<br>FAX: 415-925-9489 |
|---|---|

☒   BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on June 1, 2008, at Costa Mesa, California.

//s// Sandi Martinez
Sandi Martinez