Randolph T. Moore (#120041)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
rmoore@swlaw.com

Attorneys for Defendant
Louisville Ladder Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER INC., and DOES 1 to 25, Inclusive,<br><br>Defendants. | CASE NO. C08-02009 BZ<br><br>[Originally filed in Napa County Superior Court; Case No. 26-41710]<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>COMPLAINT FILED: March 21, 2008<br>Trial Date: None |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 4, 2008          SNELL & WILMER L.L.P.

By: _____
Randolph T. Moore
Attorneys for Defendant Louisville Ladder Inc.

8826858.1                                          Declination to Proceed before a Magistrate Judge

<u>Cesar U. Moreno Castellanos v. Louisville Ladder, Inc.</u>
USDC – Northern Division
Case No. C08-02009 BZ

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On June 5, 2008, I served, in the manner indicated below, the foregoing document described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action:

| **Thomas J. Gundlach, Esq.**<br>**700 Larkspur Landing Circle,**<br>**Suite 175**<br>**Larkspur, CA  94939** | TEL: 415-925-9488<br>FAX: 415-925-9489 |
|---|---|

☒   BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on June 5, 2008, at Costa Mesa, California.

//s// Sandi Martinez
Sandi Martinez