# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., and DOES 1 TO 25, INCLUSIVE,<br><br>    Defendants. | CASE NO. C08-02009-BZ<br>Hon. Mag. Bernard Zimmerman, Ctrm. 15<br><br>~~(Proposed)~~<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Timothy G. O'Neill, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number is: 1200 Seventeenth Street, Suite 1900, Denver, Colorado 80202; Telephone: 303-634-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Louisville Ladder Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with

co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
United States Magistrate Judge
Bernard Zimmerman

0495

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- 2 -

Order Granting Application for Admission of
Attorney *Pro Hac Vice*, Case No. C-08-02009 BZ