UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cesar U. Moreno Castellanos, et al.,              No. C08-2009 BZ

    Plaintiff(s).

    v.                                                              NOTICE OF IMPENDING
                                                              REASSIGNMENT TO A UNITED
                                                              <u>STATES DISTRICT COURT JUDGE</u>

Louisville Ladder, Inc.,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **August 4, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: June 6, 2008

                                               Richard W. Wieking, Clerk
                                               United States District Court

                                               *Lashanda Scott*
                                               _____
                                               By: Lashanda Scott - Deputy Clerk to
                                               Magistrate Judge Bernard Zimmerman

reassign.DCT