IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO,<br><br>Plaintiff,<br><br>v.<br><br>LOUISVILLE LADDER, INC.,<br><br>Defendant. / | No. C-08-2009 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    The Court having received defendant's response to the Court's June 26, 2008 Order to Show Cause, and good cause having been shown for the removal of the instant action to federal court, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: July 9, 2008

MAXINE M. CHESNEY
United States District Judge