United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

CESAR U. MORENO CASTELLANOS,
a/k/a CESAR MORENO,

No. C-08-2009 MMC

12

Plaintiff,

**ORDER DISCHARGING ORDER TO
SHOW CAUSE**

13
14

v.

LOUISVILLE LADDER, INC.,

15

Defendant.

16
_____/

17
18

The Court having received defendant's response to the Court's June 26, 2008 Order

19

to Show Cause, and good cause having been shown for the removal of the instant action to

20

federal court, the Order to Show Cause is hereby DISCHARGED.

21

**IT IS SO ORDERED.**

22

Dated: July 9, 2008

MAXINE M. CHESNEY
United States District Judge

23
24
25
26
27
28