**CIVIL MINUTES**

E-filing

**Judge MAXINE M. CHESNEY**

Date: AUG X 1 2008

C-08-2009-MMC

CESAR MORENO CASTELLANOS v LOUISVILLE LADDER, INC.

Attorneys: Thomas Gundlach    Nathan Davis

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — Initial

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 4/10/09.
Meet & confer by 5/26/09. Joint statement due by 4/24/09.

(✓) ORDER TO BE PREPARED BY:  Pintf_____  Deft_____  Court ✓

(✓) Referred to ~~Magistrate~~ For: Private mediation by request of the parties
    ( )By Court
(✓) CASE CONTINUED TO 5/1/09 @10:30 for Further Status Conference

Discovery Cut-Off  4/30/09    Expert Discovery Cut-Off  3/27/09
π/Δ
~~Pintf~~ to Name Experts by  2/20/09    π/Δ Rebuttal ~~Deft~~ to Name Experts by  3/6/09

P/T Conference Date 6/30/09 @ 3:00  Trial Date 7/13/09 @ 9:00  Set for 6-8 days
                          Type of Trial: (✓)Jury  ( )Court
Notes: Private mediation to be concluded by 3/31/09.

cc: ADR (15 min).