Randolph T. Moore (#120041)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
rmoore@swlaw.com

Timothy G. O'Neill (*Pro Hac Vice*)
Nathan K. Davis (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
ndavis@swlaw.com

Attorneys for Defendant
Louisville Ladder Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER INC., and DOES 1 to 25, Inclusive,<br><br>Defendants. | CASE NO. C 08-02009 BZ<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>COMPLAINT FILED: March 21, 2008<br>Trial Date: July 13, 2009 |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties hereby file this Stipulated Motion for Protective Order to safeguard the confidentiality of certain documents and information that the parties consider to be confidential, proprietary, and a trade secret. In support of this Stipulated Motion, the parties would show the Court as follows:

1. Louisville Ladder is prepared to produce certain documents and information that are confidential, proprietary, and trade secrets, including but not

1. limited to design drawings, test data, and the like. These documents contain technical, confidential business information that is secret and of value to Louisville Ladder. Louisville Ladder takes measures to prevent these documents from becoming available to persons other than those selected by Louisville Ladder to have access to for limited purposes.

2. Louisville Ladder is prepared to produce the above-described confidential documents pursuant to its discovery obligations, although it is imperative that the parties first obtain some assurance that Louisville Ladder's confidential documents will be kept confidential and not used for any improper purpose.

3. Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, the Court may order "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way. . . ." In accordance with this provision, the parties request the Court to enter a Protective Order in the form of the proposed order filed herewith.

WHEREFORE, the parties respectfully move the Court to enter a Protective Order pursuant to Fed. R. Civ. P. 26(c)(7).

DATED: August 28, 2008        SNELL & WILMER L.L.P.

By: _Randolph T. Moore_
Randolph T. Moore
Attorneys for Defendant

DATED: August ___, 2008       LAW OFFICE OF THOMAS J. GUNDLACH

By: _____
Thomas J. Gundlach
Attorneys for Plaintiff

9027982

1  limited to design drawings, test data, and the like. These documents contain
2  technical, confidential business information that is secret and of value to Louisville
3  Ladder. Louisville Ladder takes measures to prevent these documents from
4  becoming available to persons other than those selected by Louisville Ladder to
5  have access to for limited purposes.

6  2. Louisville Ladder is prepared to produce the above-described
7  confidential documents pursuant to its discovery obligations, although it is
8  imperative that the parties first obtain some assurance that Louisville Ladder's
9  confidential documents will be kept confidential and not used for any improper
10 purpose.

11 3. Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, the
12 Court may order "that a trade secret or other confidential research, development, or
13 commercial information not be revealed or be revealed only in a designated way. . .
14 ." In accordance with this provision, the parties request the Court to enter a
15 Protective Order in the form of the proposed order filed herewith.

16 WHEREFORE, the parties respectfully move the Court to enter a Protective
17 Order pursuant to Fed. R. Civ. P. 26(c)(7).

19 DATED: August 28, 2008        SNELL & WILMER L.L.P.

20                               By: _____
21                                   Randolph T. Moore
                                     Attorneys for Defendant

23 DATED: August 28, 2008        LAW OFFICE OF THOMAS J. GUNDLACH

24                               By: _____
25                                   Thomas J. Gundlach
                                     Attorneys for Plaintiff

26 9027982

- 2 -

STIPULATED MOTION FOR PROTECTIVE ORDER
CASE NO. C 08-02009 BZ

**Cesar U. Moreno Castellanos v. Louisville Ladder, Inc.**
USDC – Northern Division
Case No. C08-02009 BZ

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On August 28, 2008, I served, in the manner indicated below, the foregoing document described as:

**STIPULATED MOTION FOR PROTECTIVE ORDER** on the interested parties in this action:

| **Thomas J. Gundlach, Esq.** <br> **700 Larkspur Landing Circle,** <br> **Suite 175** <br> **Larkspur, CA 94939** | TEL: 415-925-9488 <br> FAX: 415-925-9489 |
|---|---|

☒   BY E-FILING (USDC Central): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

☒   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on August 28, 2008, at Costa Mesa, California.

//s// Sandi Martinez
Sandi Martinez