Timothy G. O'Neill (*Pro Hac Vice*)
Nathan K. Davis (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
toneill@swlaw.com
ndavis@swlaw.com

Randolph T. Moore (#120041)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
rmoore@swlaw.com

Attorneys for Defendant
Louisville Ladder Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR U. MORENO CASTELLANOS, a/k/a CESAR MORENO, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> LOUISVILLE LADDER INC., and DOES 1 to 25, Inclusive, <br><br> Defendants. | CASE NO. C 08-02009 MMC <br><br> Honorable Maxine M. Chesney <br><br> **Stipulated Motion To Reschedule Further Status Conference Hearing Due To Medical Unavailability Of Counsel ; ORDER THEREON** <br><br> COMPLAINT FILED: March 21, 2008 <br> Trial Date: July 13, 2009 |

The Parties hereby move the Court to reschedule the Further Status Conference Hearing scheduled for May 1, 2009 at 10:30 a.m. due to the medical unavailability of counsel. In support of this Stipulated Motion, the Parties would show the Court as follows:

1.     Plaintiff's counsel, Thomas J. Gundlach, is scheduled for surgery on April 28, 2009 at St. Mary's Hospital in San Francisco.

9939318

-1-

Stipulated Motion To Reschedule Further Status Conference Hearing Due To Medical Unavailability Of Counsel
C08-02009 MMC

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

2.   As a result of this surgery, plaintiff's counsel will be unable to attend the Further Status Conference Hearing currently scheduled for May 1, 2009 at 10:30 a.m.

3.   The Parties respectfully request the Court to reschedule the Further Status Conference Hearing for a later date so that plaintiff's counsel can participate.

4.   If the Court is available, the Parties would prefer to reschedule the Further Status Conference Hearing to May 15, 2009 because a hearing on Louisville Ladder Inc.'s Motion for Summary Judgment is already set for 9:00 a.m. on this date.

5.   Notwithstanding the request made herein, the Parties will file a joint further status conference statement on or before the current deadline of April 24, 2009.

6.   Changing the date and time of the Further Status Conference Hearing will not prejudice either Party, and the Parties are not requesting the Court to modify any other pre-trial deadlines.

WHEREFORE, for good cause shown, the Parties respectfully request the Court to reschedule the Further Status Conference Hearing to May 15, 2009 at 10:30 a.m. or to such other date as the court may assign.

DATED: _____        _____
                                        Thomas J. Gundlach
                                        Attorney for Plaintiff

DATED: __4-17-09__                      _____
                                        Nathan K. Davis
                                        Attorney for Defendant

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

2.    As a result of this surgery, plaintiff's counsel will be unable to attend the Further Status Conference Hearing currently scheduled for May 1, 2009 at 10:30 a.m.

3.    The Parties respectfully request the Court to reschedule the Further Status Conference Hearing for a later date so that plaintiff's counsel can participate.

4.    If the Court is available, the Parties would prefer to reschedule the Further Status Conference Hearing to May 15, 2009 because a hearing on Louisville Ladder Inc.'s Motion for Summary Judgment is already set for 9:00 a.m. on this date.

5.    Notwithstanding the request made herein, the Parties will file a joint further status conference statement on or before the current deadline of April 24, 2009.

6.    Changing the date and time of the Further Status Conference Hearing will not prejudice either Party, and the Parties are not requesting the Court to modify any other pre-trial deadlines.

WHEREFORE, for good cause shown, the Parties respectfully request the Court to reschedule the Further Status Conference Hearing to May 15, 2009 at 10:30 a.m. or to such other date as the court may assign.

DATED: April 17, 2009

Thomas J. Gundlach
Attorney for Plaintiff

DATED: _____

Nathan K. Davis
Attorney for Defendant

Stipulated Motion To Reschedule Further Status Conference
Hearing Due To Medical Unavailability Of Counsel
C08-02009 MMC

9939318                      - 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1988
(714) 427-7000

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that the Further Status

2 Conference Hearing is rescheduled to ___May 29_____ _____, 2009 at _.m. 10:30 a.m.

3    SO ORDERED THIS __21st__ day of April, 2009.

4

5                              BY THE COURT:

6

7                              _____

8                              Honorable Maxine M. Chesley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Stipulated Motion To Reschedule Further Status Conference
Hearing Due To Medical Unavailability Of Counsel
C08-02009 MMC