1   Timothy G. O'Neill (*Pro Hac Vice*)
    Nathan K. Davis (*Pro Hac Vice*)
2   SNELL & WILMER L.L.P.
    1200 17th Street, Suite 1900
3   Denver, CO 80202
    Telephone: (303) 634-2000
4   Facsimile: (303) 634-2020
    toneill@swlaw.com
5   ndavis@swlaw.com

6   Randolph T. Moore (#120041)
    SNELL & WILMER L.L.P.
7   600 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626
8   Telephone: (714) 427-7000
    Facsimile: (714) 427-7799
9   rmoore@swlaw.com

10  Attorneys for Defendant
11  Louisville Ladder Inc.

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15  CESAR U. MORENO                  CASE No. C 08-02009 MMC
16  CASTELLANOS, a/k/a CESAR
    MORENO, an Individual,           Honorable Maxine M. Chesney
17
                   Plaintiff,        ~~[Proposed]~~ Order Allowing Parties to
18                                   Appear at Further Status Conference
    vs.                              by Telephone
19
    LOUISVILLE LADDER INC.,          COMPLAINT FILED: March 21, 2008
20  and DOES 1 to 25, Inclusive,     Trial Date: July 13, 2009
21
                   Defendants.
22

23          Pursuant to the Stipulated Motion to Allow Parties to Appear at Further Status

24  Conference by Telephone, IT IS SO ORDERED that the Parties ~~may~~ shall appear at the

25  Further Status scheduled for May 29, 2009 at 10:30 a.m. by telephone.

26  ///

27  ///

28  ///

[Proposed] Order Allowing Parties to Appear at Further
Status Conference by Telephone
C08-02009 MMC

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1    IT IS SO ORDERED THIS __27th__ day of May, 2009.

2

3

4

5                                    Honorable Maxine M. Chesney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

51330.0006\MOORER\SWDMS\10084675          - 2 -

[Proposed] Order Allowing Parties to Appear at Further
Status Conference by Telephone
C08-02009 MMC