IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR MORENO CASTELLANOS,<br><br>   Plaintiff,<br><br>  v.<br><br>LOUISVILLE LADDER, INC.,<br><br>   Defendant.<br>_____/ | No. C-08-2009 MMC<br><br>**ORDER OF DISMISSAL** |

The parties having informed the Court that they have agreed to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

This order is without prejudice to the subsequent filing of a dismissal or other documentation relevant to the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: June 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge